UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SPARBAR LTD** *and* **JASVINDER SINGH GILL**, <br><br> Plaintiffs, <br><br> *~ against ~* <br><br> **KENNY LAM** *and* **KUAN LANG NICHOLAS**, <br><br> Defendants. | Index No. 1:23-CV-00184 <br><br><br> **NOTICE OF APPEARANCE** |

To the Clerk, the Honorable Court, and all Counsel:

      **PLEASE TAKE NOTICE** that without waiver to any rights they hold or defenses available to them Plaintiffs **SPARBAR LTD.** and **JASVINDER SINGH GILL** do hereby appear in this matter through Counsel Baruch S. Gottesman, Esq., of GOTTESMAN LEGAL PLLC. All further filings shall be served on the Undersigned.

**February 6, 2023**

          **RESPECTFULLY SUBMITTED**,

By: *[signature]*

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
e-mail: bg@gottesmanlegal.com
*Attorney for Defendant Jason's Palace LLC*

*Served via ECF on all appearing parties*