

**Baruch S. Gottesman**
Attorney and Counselor at Law

April 24, 2023

**Via ECF**
The Hon. District Judge Carol Bagley Amon
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Request on Consent of All Parties
                For Virtual Appearances at Pre-Motion Conference (Motion to Dismiss)
                Sparbar Ltd. v. Lam, et al., Case No 1:23-cv-184 (CBA)
                Case No. 2:23-cv-1153-FB

Judge Amon:

      I am incoming Counsel for **All Plaintiffs** in the matter of Sparbar Ltd. v. Lam, et al., Case No. 1:23-cv-184 (E.D.N.Y.) currently pending before your Honor. A pre-motion conference on a Motion to Dismiss was scheduled for this Thursday, April 27 at 11:30 A.M.

      Family health matters require my presence out of state, and with the **consent of all Parties** and at the direction of the Clerk, I respectfully seek leave for Counsel to appear at the pre-motion conference by virtual means (either a telephone or video hookup).

      Thank you for your consideration of this request.

                                RESPECTFULLY SUBMITTED,

                By:

                                Baruch S. Gottesman, Esq.
                                New York Bar No. 4480539
                                GOTTESMAN LEGAL PLLC
                                11 Broadway, Suite 615
                                New York, NY 10004
                                Phone: (212) 401-6910
                                Fax: (212) 859-7307
                                bg@gottesmanlegal.com

*Served via ECF on all appearing parties*